UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SANDRALEE L. LYLES, as Personal
Representative of the Estate of Don E.
Saunders, Sr., Deceased.,

    Plaintiff,

v.      Case No. 6:11-cv-1585-Orl-36TBS

OSCEOLA COUNTY, ROSELINE C.
CLERGE, GREGORY K. FUTCH, et al.,

    Defendants.

## ORDER

Pending before the Court is Plaintiff's Agreed Motion to Stay Discovery and All Deadlines Pending Completion of Terms of Settlement (Doc. 123). According to Plaintiff, this case conditionally settled at mediation on January 14, 2013. Before the settlement can be finalized it must be approved by the probate court in the Eleventh Judicial Circuit of Florida, in and for Miami-Dade County, and by the Osceola County Board of County Commissioners. (Id.) Plaintiff anticipates sixty days will be required to obtain the necessary approvals. Counsel for Plaintiff represents that he has conferred with opposing counsel and they agree to the relief being requested.

Upon due consideration, the motion is GRANTED in part and DENIED in part. The deadlines for discovery and the filing of dispositive motions, Daubert and Markman motions are stayed for sixty days from the rendition of this Order. All other deadlines and the trial date remain unchanged.

IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on January 17, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel